IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ESTHER MAMMIE YATES, )<br>)<br>　Plaintiff, )<br>)<br>v. )<br>NATIONSTAR MORTGAGE, LLC, *et al.*, )<br>)<br>　Defendants. ) | Civil Action No. 1:24-cv-2302 (RDA/LRV) |

### **ORDER**

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Lindsey R. Vaala on April 3, 2025. Dkt. 23. Appellant Esther Mammie Yates ("Appellant") filed a Motion for Leave to Amend Parties to Appeal (Dkt. 4), Motion to Amend Statement of Issues on Appeal (Dkt. 6), Motion to Augment Record on Appeal (Dkt. 8), Motion to Strike Motion for Leave to Amend Parties to the Appeal (Dkt. 14), Motion for Leave to Amend Parties to the Appeal (Dkt. 16), and Motion to Strike Notice of Appearance and Response to Motion to Augment Record on Appeal (Dkt. 18). Magistrate Judge Vaala recommends granting Appellant's Motion to Amend Statement of Issues on Appeal (Dkt. 6) and Motion for Leave to Amend Parties to the Appeal (Dkt. 16). Dkt. 23 at 1. Magistrate Judge Vaala further recommends denying Appellant's Motion for Leave to Amend Parties to Appeal (Dkt. 4), Motion to Augment Record on Appeal (Dkt. 8), Motion to Strike Motion for Leave to Amend Parties to the Appeal (Dkt. 14), and Motion to Strike Notice of Appearance and Response to Motion to Augment Record on Appeal (Dkt. 18). *Id.* Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Fitzpatrick's Recommendation was April 17, 2025. *Id.* at 14. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Vaala's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 23). Accordingly, it is hereby

ORDERED that Appellant's Motion to Amend Statement of Issues on Appeal (Dkt. 6) and Motion for Leave to Amend Parties to the Appeal (Dkt. 16) are GRANTED; and it is

FURTHER ORDERED that Appellees Nationstar Mortgage LLC; Robertson, Anschutz, Schneider & Crane, LLC; Gerard R. Vetter; and Rosenberg and Associates, LLC are DISMISSED from the appeal; and it is

FURTHER ORDERED that Appellant's Motion for Leave to Amend Parties to Appeal (Dkt. 4) is DENIED AS MOOT; and it is

FURTHER ORDERED that Appellant's Motion to Augment Record on Appeal (Dkt. 8), Motion to Strike Motion for Leave to Amend Parties to the Appeal (Dkt. 14), and Motion to Strike Notice of Appearance and Response to Motion to Augment Record on Appeal (Dkt. 18) are DENIED.

The Clerk is directed to forward copies of this Order to Appellant and all counsel of record.

It is SO ORDERED.

Alexandria, Virginia
April 23, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").